UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| TEDDY DUNEGHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:13-cv-142-RLY-WGH |
| | ) | |
| TRIANGLE ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

This matter came before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, for a show cause hearing at 2:30 p.m., on March 4, 2015, pursuant to an Order to Show Cause directed to the Plaintiff to show cause why this matter should not be dismissed for lack of prosecution. Plaintiff did not appear at the hearing. Defendant was represented by counsel, Stephen J. Peters.

Defendant's counsel advised the Court that he has had no further communication with Mr. Duneghy and there has been no compliance with outstanding discovery matters. Therefore, the Magistrate **RECOMMENDS** to Chief Judge Richard L. Young that this matter be dismissed without prejudice at this time. This is because this matter has not been addressed on its merits.

The Clerk of Court is directed to send a copy of this Report and Recommendation to Teddy Duneghy, 2506 Conlin Avenue, Evansville, IN

47714. Mr. Duneghy is notified that if he objects to this Report and Recommendation, he must file a written objection with the Court within ten (10) days of the date he receives this Report and Recommendation.

**SO ORDERED.**

Dated: March 20, 2015

_____
WILLIAM G. HUSSMANN, JR.
Magistrate Judge

**Served electronically on all ECF-registered counsel of record.**

**Served via first-class U.S. Mail:**

Teddy Duneghy
2506 Conlin Avenue
Evansville, IN  47714