UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| TEDDY DUNEGHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 3:13-cv-00142-RLY-WGH |
| | ) | |
| TRIANGLE ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On March 24, 2015, the Magistrate Judge recommended that this action be dismissed without prejudice because Defendant's counsel has had no communication with the Defendant and the Defendant has not complied with discovery matters. The court agrees with the Magistrate Judge, and **ADOPTS** his Report and Recommendation (Filing No. 40).

**SO ORDERED THIS** 4th day of May 2015.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

Copy to:
Teddy Duneghy
2506 Conlin Avenue
Evansville, IN 47714